NUMBER
13-05-752-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

ALFREDO REGALADO, INDIVIDUALLY, 

D/B/A 4 ACES BAIL
BONDS,                                      Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

___________________________________________________________________

 

                   On
appeal from the 93rd District Court 

                            of
Hidalgo County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Yañez and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, ALFREDO REGALADO, INDIVIDUALLY, D/B/A 4 ACES
BAIL BONDS, attempted to perfect an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in
cause number 0222-02-B(N). 
Judgment in this cause was signed on February 2, 2005.  No timely motion for new trial was
filed.  Pursuant to Tex. R. App. P. 26.1,
appellant=s notice of appeal was
due on March 4, 2005, but was not filed until December
6, 2005.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Memorandum Opinion
delivered and filed 

this the 9th
day of February, 2006.